IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:06-CR-103-1-TWT |
| JAMES RESSLER, | |
| Defendant. | |

### OPINION AND ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 69] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss Indictment [Doc. 65]. After careful review of the Defendant's Objections, the Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss Indictment [Doc. 65] is DENIED.

SO ORDERED, this 13 day of February, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge